In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00033-CV
_____

METROPOLITAN PARK MANAGEMENT, LLC AND SUE ANN MA,
Appellants

V.

SUSAN HYMAN, Appellee

On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-184,614

## MEMORANDUM OPINION

The appellants, Metropolitan Park Management, LLC and Sue Ann Ma, and the appellee, Susan Hyman, have filed a joint motion to vacate the trial court's judgment and jury verdict and dismiss the case by rendering judgment effectuating the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(A). The parties have informed the Court that they have compromised and settled the entire controversy without any admission of wrongdoing of any kind. As part of the

1

compromise and settlement and by agreement of the parties, appellants and the appellee jointly request this Court to: (1) vacate and set aside the judgment of the trial court; (2) set aside and nullify in its entirety the jury verdict from the trial court; (3) dismiss appellee Susan Hyman's claims with prejudice; (4) dismiss the claims against Metropolitan Park Management, LLC and Sue Ann Ma with prejudice; and (5) find the parties shall bear their own costs. *Id.*

The joint motion to vacate the trial court's judgment and jury verdict and dismiss the case is granted. We vacate the trial court's judgment, thereby setting aside the jury verdict in its entirety. *See* Tex. R. App. P. 43.2(e). The entire case, including Susan Hyman's claims, the claims against Metropolitan Park Management, LLC, and the claims against Sue Ann Ma, are dismissed with prejudice. *See id.* The parties shall, by agreement, bear their own costs. *See* Tex. R. App. P. 43.4.

JUDGMENT VACATED; CASE DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on September 23, 2015
Opinion Delivered September 24, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.

2